IN THE UNITED STATS DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| Vs. | ) | Case No.  17-CR-20009 |
| | ) | |
| THOMAS JAMES, ANDREW NUNN, | ) | Title 18, United States Code, |
| And JAEVONTAE WILLIAMS, | ) | Sections 1951, 922(g)(1), 924(c), and 2 |
| Defendants. | ) | |

MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

JOHN C. TAYLOR, Attorney, moves this court to allow him to withdraw his representation of Defendant, Jaevontae Williams, pursuant to U. S. C. Title 26 App. Title III, R. 24(c), and states:

1. John C. Taylor, counsel of record for Defendant, Jaevontae Williams, will retire from the practice of law because of health reasons.  He is no longer able to represent Defendant, Jaevontae Williams, in this cause.

2. Defendant Jaevontae Williams' last address is the Macon County Correctional Center, 333 S. Franklin, Decatur, IL  62523, phone number 217/434-0855.  A copy of this pleading has been mailed to Defendant at the above address.

3. Neither Defendant Jaevontae Williams nor AUSA Bryan Freres object to this motion.

/s/  John C. Taylor_____

CERTIFICATE OF SERVICE

    John C. Taylor states that on August 11, 2017. he delivered a true copy of the attached pleading by ECF to AUSA Bryan Freres and on the same date delivered the same by mail to Defendant at the Macon County Correctional Center, 333 S. Franklin, Decatur, IL  62523

                                      /s/ John C. Taylor_____

John C. Taylor  
Attorney at Law  
502 W. Clark Street  
Champaign, IL  61820  
Telephone:  217/840-3333